UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| VFC PARTNERS 10 LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-CV-291 |
| v. ) | (BUNNING/GUYTON) |
| ) | |
| CINDY J. COLLINS, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court is a Motion to Withdraw as Counsel [Doc. 26], filed by Attorneys Lynn Tarpy and Allison S. Jackson. Mr. Tarpy and Ms. Jackson move the Court to grant their request to withdraw as counsel for Defendant Cindy J. Collins.

Local Rule 83.4 requires that: counsel request permission to withdraw as counsel; include the current mailing address and telephone number of the client; provide a copy of the motion to the client fourteen days prior to filing; and certify that the requirements of the rule have been met. See E.D. Tenn. L.R. 83.4(f). The Court finds that the Motion to Withdraw satisfies Local Rule 83.4 on its face, and because the Local Rule is satisfied, the Court finds that a hearing on this issue is not necessary. Accordingly, the Motion to Withdraw **[Doc. 26]** is **GRANTED**.

Attorneys Lynn Tarpy and Allison S. Jackson **SHALL** turn any relevant documents over to the Defendant and advise the Defendant of all pertinent dates and deadlines in this case in writing. Thereafter, they are **RELIEVED** of their duties as counsel in this matter.

As of entry of this Memorandum and Order, Defendant Collins is deemed to be proceeding *pro se*. If the Defendant intends to secure substitute counsel in this matter, she must do so as soon as possible.

The Clerk of Court **SHALL** enter Defendant's current mailing address of 489 Nance Ferry Road, Blaine, Tennessee 37709, and her telephone number of 865.933.0995, in the docket of this case. The Clerk of Court **SHALL** mail a copy of this Memorandum and Order to the Defendant at the above address,

**IT IS SO ORDERED**.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge